JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER WELLS, | CV 23-4796 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LAKEVIEW LOAN SERVICING, LLC, et al., | |
| Defendants. | |

In accordance with the Court's November 22, 2023 order granting Defendants Lakeview Loan Servicing, LLC and Manufacturers and Traders Trust Company's ("Defendants") Motion to Dismiss the Second Amended Complaint without leave to amend,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff Skyler Wells takes nothing;

2. The action is dismissed with prejudice, and Defendants are entitled to recover their costs of suit.

DATED: November 22, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE